# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0981. JACKSON L. GATES v. JESSICA ROSS et al.

Jessica Ross and Treveon Isaiah Taylor, Sr. filed suit against several defendants, including Jackson L. Gates. On March 13, 2024, the trial court entered default judgment against Gates on the issue of liability, but reserved the issue of damages. Gates filed a motion to set aside and open the default. The trial court denied the motion on June 3, 2024, and Gates filed a notice of appeal from this ruling on December 20, 2024. We lack jurisdiction.

As a threshold matter, a notice of appeal generally must be filed within 30 days of an appealable judgment. OCGA § 5-6-38 (a). Notwithstanding the untimeliness of Gates' notice of appeal, we lack jurisdiction because there is no appealable judgment. A default judgment as to liability only is not a final judgment. See *Cryomedics, Inc. v. Smith*, 180 Ga. App. 336, 337-338 (349 SE2d 223) (1986). Because the case remains pending before the trial court, Gates was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — in order to appeal. See OCGA § 5-6-34 (b); *Attridge v. Maines*, 174 Ga. App. 472, 473 (330 SE2d 409) (1985).

Gates' failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*___01/28/2025_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*